# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISON

| | | |
|---|---|---|
| In re: | § | Case No. 11-27487 |
| WILLIAM ANTHONY JACKSON | § | Chapter 7 |
| LASHANETTA LYNETTE JACKSON | § | |
| Debtor(s) | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOJI TAKADA, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on October 5, 2012, in Courtroom 201,

United States Courthouse
Will County Court Annex Building
57 North Ottawa Street, Suite 201
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: September 4, 2012          By: ___*/s/ Joji Takada*_____
                                                                           Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

**UST Form 101-7-NFR(7/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAM ANTHONY JACKSON | § | Case No. 11-27487 |
| LASHANETTA LYNETTE JACKSON | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of          $          7,000.00

and approved disbursements of          $          0.00

leaving a balance on hand of[1]          $          7,000.00

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $          0.00 | $          0.00 | $          1,450.00 |

Total to be paid for chapter 7 administrative expenses          $          1,450.00

Remaining Balance          $          5,550.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,378.42  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | $ 4,378.42 | $ 0.00 | $ 4,378.42 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 4,378.42 |
| Remaining Balance | $ | 1,171.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,838.14  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | $ 2,370.76 | $ 0.00 | $ 61.95 |
| 2 | Illinois Student Assistance Commission | $ 8,950.50 | $ 0.00 | $ 233.87 |
| 3 | INTERNAL REVENUE SERVICE | $ 3,055.96 | $ 0.00 | $ 79.85 |
| 4 | Capital Recovery IV LLC c/o Recovery Management Systems Corp | $ 3,329.44 | $ 0.00 | $ 87.00 |
| 5 | Midland Credit Management Inc. | $ 2,157.46 | $ 0.00 | $ 56.37 |
| 6 | Standard Bank and Trust Company | $ 4,184.48 | $ 0.00 | $ 109.34 |
| 7 | American Express Bank FSB | $ 2,652.25 | $ 0.00 | $ 69.30 |
| 8 | Ambulatory Surgical Center | $ 15,463.00 | $ 0.00 | $ 404.03 |
| 9 | Capstone Financial LLC | $ 1,621.58 | $ 0.00 | $ 42.36 |
| 10 | Calvary Portfolio Services LLC | $ 1,052.71 | $ 0.00 | $ 27.51 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,171.58 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, IL  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-27487-BWB
William Anthony Jackson                                             Chapter 7
Lashanetta Lynette Jackson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 3          Date Rcvd: Sep 05, 2012
                             Form ID: pdf006          Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2012.
```
db/jdb     +William Anthony Jackson,    Lashanetta Lynette Jackson,    3458 Chalet Lane,    Crete, IL 60417-1107
17496373   +AMEX,    Attn: Bankruptcy Dept.,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
17496392   #+Albert Law Firm,    Bankruptcy Department,    205 W. Randolph St., #920,    Chicago, IL 60606-1814
18057016    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17496389   +Anthony Giles,    c/o Woods & Evans LLC,    4747 Lincoln Mall Dr.,    Matteson, IL 60443-3821
18123318   +CAPSTONE FINANCIAL, LLC,    c/o ALBERT LAW FIRM, P.C.,    29 N. WACKER DR. #550,
             CHICAGO, IL 60606-2851
17496360   +CHASE,    Attn: Bankruptcy Dept.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
17496376   +Clerk, First Mun Div,    Doc #2010-M1-727069,    50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
17496382   +Clerk, First Mun Div,    Doc #2011-M1-128948,    50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
17496388   +Clerk, Sixth Mun Div,    06 M6 002236,    16501 S. Kedzie,    Markham, IL 60428-5509
17496390   +Clerk, Sixth Mun Div,    07 M6 001801,    16501 S. Kedzie,    Markham, IL 60428-5509
17496378   +Clerk, Sixth Mun Div,    Doc#2008-M6-001374,    16501 S. Kedzie,    Markham, IL 60428-5509
17496368   +Comed 26499,    C/O Contract Callers INC,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
17496398   +Computer Credit Inc.,    Bankruptcy Department,    PO Box 5238,    Winston Salem, NC 27113-5238
17496363   +Dependon Collection SE,    Attn: Bankruptcy Dept.,    Po Box 4833,    Oak Brook, IL 60522-4833
17496381   +Economy Interiors,    Attn: Bankruptcy Department,    6162 Broadway,    Merrillville, IN 46410-3055
17496370   +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17496358   +Escallate LLC,    Attn: Bankruptcy Dept.,    5200 Stoneham Rd,    North Canton, OH 44720-1584
17496371   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
17496394   +Heller & Frisone,    Bankruptcy Department,    33 N. LaSalle St., Ste. 1200,
             Chicago, IL 60602-3415
17496367   +Illinois Collection SE,    Attn: Bankruptcy Dept.,    8231 185Th Ste 100,
             Tinley Park, IL 60487-9356
17496397   #+Nationwide Credit & Collection,    Bankruptcy Department,    815 Commerce Dr., Ste. 100,
             Oak Brook, IL 60523-8839
17496383   +Paul D. Lawent,    2011-M1-128948,    PO BOx 5718,    Elgin, IL 60121-5718
17496361   +Pierce & Associates,    Attn: Bankruptcy Department,    1 N. Dearborn St. #1300,
             Chicago, IL 60602-4373
17496399   +Quest Diagnostics,    Bankruptcy Department,    PO Box 64804,    Baltimore, MD 21264-4804
17496380    Robin Brooks,    Attn: Bankruptcy Dept.,    123 State St.,    East Chicago, IN 46312
17496396   +Rush University Medical Center,    Bankruptcy Department,    1700 W. Van Buren St.,
             Chicago, IL 60612-3228
17496387   +Sandra Jefferson,    13392 S. Kolin Ave.,    Robbins, IL 60472
18027656   +Standard Bank And Trust Company,    William J Bryan,    17926 Dixie Highway,
             Homewood, IL 60430-3055
17496393   +TCF National Bank,    Bankruptcy Dept,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
17496372   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17496391   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank NA,    Bankruptcy/Recovery Dept.,    PO Box 5229,
             Cincinnati, OH 45201)
17496366   +Visionworks 817,    C/O Tridentasset.Com,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
17496379   +William J. Bryan,    Bankruptcy Dept,    17926 Dixie Hwy,    Homewood, IL 60430-3055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18058091    E-mail/Text: contact@csicollects.com Sep 06 2012 02:26:32     Ambulatory Surgicenter,
             c/o Certified Services Inc,    PO Box 177,    Waukegan, IL 60079-0177
17496395   +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Sep 06 2012 02:07:32     American Medical Coll. Agency,
             Bankruptcy Department,    2269 S. Saw Mill River Road,    Bldg. 3,    Elmsford, NY 10523-3848
17496354   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Sep 06 2012 02:25:41     Armor Systems CO,
             Attn: Bankruptcy Dept.,    1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
17991684    E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2012 03:51:01     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18276273   +E-mail/Text: bankruptcy@cavps.com Sep 06 2012 04:30:50     Cavalry Portfolio Services LLC,
             500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
17496369   +E-mail/Text: contact@csicollects.com Sep 06 2012 02:26:32     Certified Services INC,
             Attn: Bankruptcy Dept.,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
17496386   +E-mail/Text: legalcollections@comed.com Sep 06 2012 02:24:37     Commonwealth Edison,
             Attn: System Credit/BK Dept,    3 Lincoln Center 4th Floor,    Oakbrook Terrace, IL 60181-4204
17597326   +E-mail/Text: legalcollections@comed.com Sep 06 2012 02:24:37     Commonwealth Edison Company,
             3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
17496356   +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Sep 06 2012 02:24:49     Creditors Protection S,
             Attn: Bankruptcy Dept.,    202 W State St Ste 300,    Rockford, IL 61101-1163
17496352   +E-mail/Text: cio.bncmail@irs.gov Sep 06 2012 01:57:55     Department of the Treasury,
             Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
17496359   +E-mail/Text: BKNOTICES@EAFLLC.COM Sep 06 2012 03:22:41     GE Capital Corp.,
             C/O Equable Ascent Financi,    5 Revere Dr,    Northbrook, IL 60062-1566
17496374   +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2012 03:20:57     GEMB/Empire,
             Attn: Bankruptcy Dept.,    Po Box 981439,    El Paso, TX 79998-1439
17496365   #+E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2012 02:07:41     HSBC BANK Nevada N.A.,
             C/O Midland Credit MGMT,    8875 Aero Dr,    San Diego, CA 92123-2251
```

```
District/off: 0752-1          User: ahamilton          Page 2 of 3          Date Rcvd: Sep 05, 2012
                             Form ID: pdf006           Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17496362     +E-mail/Text: Bankruptcy@icsystem.com Sep 06 2012 04:07:00    I C System INC,
              Attn: Bankruptcy Dept.,   Po Box 64378,   Saint Paul, MN 55164-0378
17496353      E-mail/Text: cio.bncmail@irs.gov Sep 06 2012 01:57:55    ACS,   C/O ISAC,   1755 Lake Cook Rd,
              Deerfield, IL 60015
17496384     +E-mail/Text: cio.bncmail@irs.gov Sep 06 2012 01:57:55    IRS Priority Debt,
              Attn: Bankruptcy Dept.,   PO Box 7346,   Philadelphia, PA 19101-7346
17685742     +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Sep 06 2012 02:52:24
              Illinois Student Assistance Commission,   1755 Lake Cook Rd,   Deerfield IL 60015-5209
17496364     +Fax: 847-227-2151 Sep 06 2012 05:49:54    MRSI,   Attn: Bankruptcy Dept.,
              2250 E Devon Ave Ste 352,   Des Plaines, IL 60018-4521
18008886     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2012 02:07:41    Midland Credit Manangement, Inc.,
              8875 Aero Drive, Suite 200,   San Diego CA 92123-2255
17496357     +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 06 2012 04:25:28    NCO/ASGNE OF SBC,
              C/O NCO FIN/22,   507 Prudential Rd,   Horsham, PA 19044-2308
17496385     +E-mail/Text: bankrup@nicor.com Sep 06 2012 02:00:59    Nicor Gas,   Bankruptcy Department,
              PO Box 549,   Aurora, IL 60507-0549
17496355      E-mail/Text: bankruptcy@cavps.com Sep 06 2012 04:30:50    Sprint PCS,
              C/O Cavalry Portfolio SERV,   7 Skyline Dr Ste 3,   Hawthorne, NY 10532
17496377     +E-mail/Text: james.carroll@standardbanks.com Sep 06 2012 03:24:27    Standard Bank & Trust Co.,
              Attn: Bankruptcy Department,   7800 West 95th St.,   Hickory Hills, IL 60457-2298
                                                                                     TOTAL: 23


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17496375      Tegene Wossen,   Attn: Bankruptcy Dept.
                                                                       TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 07, 2012**                    **Signature:**    *Joseph Speetjens*

District/off: 0752-1          User: ahamilton          Page 3 of 3          Date Rcvd: Sep 05, 2012
                             Form ID: pdf006          Total Noticed: 57

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2012 at the address(es) listed below:
     Christopher M Brown   on behalf of Creditor  JPMorgan Chase Bank National Association
     northerndistrict@atty-pierce.com,  cbrown@atty-pierce.com
     Dale A Riley   on behalf of Debtor William Jackson ndil@geracilaw.com
     Joji  Takada   trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
     Jonathan D Parker   on behalf of Debtor William Jackson ndil@geracilaw.com
     Nathan E Curtis   on behalf of Debtor William Jackson ndil@geracilaw.com
     Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 6