UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WILLIAM ANTHONY JACKSON § Case No. 11-27487
LASHANETTA LYNETTE JACKSON §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joji Takada_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Document      Page 3 of 10

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Ambulatory Surgical Center | | | | | |
| 7 | American Express Bank FSB | | | | | |
| 10 | Calvary Portfolio Services LLC | | | | | |
| 4 | Capital Recovery IV LLC c/o Recovery Management Systems Corp | | | | | |
| 9 | Capstone Financial LLC | | | | | |
| 1 | Commonwealth Edison Company | | | | | |
| 2 | Illinois Student Assistance Commission | | | | | |
| 3 | INTERNAL REVENUE SERVICE | | | | | |
| 5 | Midland Credit Management Inc. | | | | | |
| 6 | Standard Bank and Trust Company | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-27487 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAM ANTHONY JACKSON | | | | Date Filed (f) or Converted (c): | 06/30/2011 (f) |
| | LASHANETTA LYNETTE JACKSON | | | | 341(a) Meeting Date: | 08/01/2011 |
| For Period Ending: | 01/19/2013 | | | | Claims Bar Date: | 01/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PRIMARY RESIDENCE) | 168,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH US BANK | 400.00 | 300.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS; TV, DVD PLAYER, TV STAND, STERE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICT | 120.00 | 0.00 | | 0.00 | FA |
| 5. NECESSARY WEARING APPAREL. | 150.00 | 0.00 | | 0.00 | FA |
| 6. EARRINGS, WATCH, COSTUME JEWELRY, WEDDING BANDS | 200.00 | 0.00 | | 0.00 | FA |
| 7. PENSION W/ EMPLOYER/FORMER EMPLOYER - 100% EXEMP | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2006 INFINITI FX35 WITH 55 000 MILES, INVOLVED I | 19,000.00 | 9,600.00 | | 7,000.00 | FA |
| 9. TOTAL (REPOR ALSO ON SUMMARY OF SCHEDULES) | 21,870.00 | 21,870.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $211,740.00   $31,770.00   $7,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

341: Asked for Infiniti title

Exhibit 8

08/04/11: Received copy of title--Titled in wife's name only
08/08/11--email Don re: car value
08/09/11--Auctioneer's estimated auction value of $14,0000 to $16,000--Auctioneer to look at car
08/21/11--$66000 in unsecured claims--Draft letter demanding turnover of car--Also state objection to double (c) exemption--not jointly owned car per title (wife only)--Looking at $6600 in gross proceeds for unsecured creditors
09/02/11--Turnover letter sent to debtor's counsel re: Infiniti.
09/30/11--Telephone conference with Debtor's counsel re: Infiniti.
10/13/11--Telephone conference with Debtor's counsel re: offer to buy out equity in Infiniti.
10/21/11--Correspondence with Debtor's counsel re: failure of Debtors to provide offer to buy equity in Infiniti.
11/01/11--Correspodnence with Debtor's cousnel re: buyout of equity in automobile.
112311--Filed Motion to Compel Access to Property of the Estate re: Infiniti
120711--DEADLINE OBJECT DISCHARGE EXTENDED TO 022912
121611--Correspondence and telephone conference with Debtor's counsel, agreed to Debtor's buyout of equity in Infinit for $7000 payable on or before 030912
090412--TFR filed
101212--Distribution made; Checks cut


| RE PROP # | 1 | -- | Debtor Claimed Exemption |
| RE PROP # | 2 | -- | Debtor Claimed Exemption |
| RE PROP # | 3 | -- | Debtor Claimed Exemption |
| RE PROP # | 4 | -- | Debtor Claimed Exemption |
| RE PROP # | 5 | -- | Debtor Claimed Exemption |
| RE PROP # | 6 | -- | Debtor Claimed Exemption |
| RE PROP # | 8 | -- | Debtor Claimed Exemption |

Initial Projected Date of Final Report (TFR): 06/30/2013     Current Projected Date of Final Report (TFR): 06/30/2013

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-27487 | | Trustee Name: | Joji Takada |
| Case Name: | WILLIAM ANTHONY JACKSON | | Bank Name: | Congressional Bank |
| | LASHANETTA LYNETTE JACKSON | | Account Number/CD#: | XXXXXX6138 |
| | | | | Checking Account |
| Taxpayer ID No: | XX-XXX1269 | | Blanket Bond (per case limit): | |
| For Period Ending: | 01/19/2013 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/12 | 8 | William Jackson | Proceeds from sale Buyout of equity in Infiniti automobile | 1129-000 | $7,000.00 | | $7,000.00 |
| 10/10/12 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL  60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,450.00 | $5,550.00 |
| 10/10/12 | 1002 | INTERNAL REVENUE SERVICE P.O. Box 21126 Philadelphia, PA 19114 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $4,378.42 | $1,171.58 |
| 10/10/12 | 1003 | Commonwealth Edison Company 3 Linconln Center Oakbrook Terrace, IL 60181 Attn: Bankruptcy Department | Final distribution to claim 1 representing a payment of 2.61 % per court order. | 7100-000 | | $61.95 | $1,109.63 |
| 10/10/12 | 1004 | Calvary Portfolio Services LLC 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340 | Final distribution to claim 10 representing a payment of 2.61 % per court order. | 7100-000 | | $27.51 | $1,082.12 |
| 10/10/12 | 1005 | Illinois Student Assistance Commission 1755 Lake Cook Road Deerfield, Illinois 60015 | Final distribution to claim 2 representing a payment of 2.61 % per court order. | 7100-000 | | $233.87 | $848.25 |
| 10/10/12 | 1006 | INTERNAL REVENUE SERVICE P.O. Box 21126 Philadelphia, PA 19114 | Final distribution to claim 3 representing a payment of 2.61 % per court order. | 7100-000 | | $79.85 | $768.40 |
| 10/10/12 | 1007 | Capital Recovery IV LLC c/o Recovery Management Systems Corp 25 SE 2d Avenue Suite 1120 Miami, FL 33131-1605 | Final distribution to claim 4 representing a payment of 2.61 % per court order. | 7100-000 | | $87.00 | $681.40 |
| 10/10/12 | 1008 | Midland Credit Management Inc. 8875 Aero Drive Suite 200 San Diego, CA 92123 | Final distribution to claim 5 representing a payment of 2.61 % per court order. | 7100-000 | | $56.37 | $625.03 |
| 10/10/12 | 1009 | Standard Bank and Trust Company c/o William Bryan 17926 Dixie Highway Homewood, IL 60430 | Final distribution to claim 6 representing a payment of 2.61 % per court order. | 7100-000 | | $109.34 | $515.69 |
| 10/10/12 | 1010 | American Express Bank FSB c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Final distribution to claim 7 representing a payment of 2.61 % per court order. | 7100-000 | | $69.30 | $446.39 |

Page Subtotals: $7,000.00    $6,553.61

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-27487 | Trustee Name: | Joji Takada |
| Case Name: | WILLIAM ANTHONY JACKSON | Bank Name: | Congressional Bank |
| | LASHANETTA LYNETTE JACKSON | Account Number/CD#: | XXXXXX6138 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1269 | Blanket Bond (per case limit): | |
| For Period Ending: | 01/19/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/12 | 1011 | Ambulatory Surgical Center<br>c/o Certified Services Inc.<br>PO Box 177<br>Waukegan, IL 60079-0177 | Final distribution to claim 8 representing a payment of 2.61 % per court order. | 7100-000 | | $404.03 | $42.36 |
| 10/10/12 | 1012 | Capstone Financial LLC<br>c/o Albert Law Firm LLC<br>29 N Wacker Dr #5500<br>Chicago, IL 60606 | Final distribution to claim 9 representing a payment of 2.61 % per court order. | 7100-000 | | $42.36 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $7,000.00 | $7,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,000.00 | $7,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,000.00 | $7,000.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Page Subtotals: $0.00   $446.39

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6138 - Checking Account | $7,000.00 | $7,000.00 | $0.00 |
| | $7,000.00 | $7,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,000.00 |
| Total Gross Receipts: | $7,000.00 |